J. C. HANNER AND C. C. HANNER, CO-PARTNERS UNDER THE FIRM NAME OF HANNER BROTHERS, *Plaintiffs in Error*, v. C. E. JAY AND F. A. DAVIS, CO-PARTNERS UNDER THE FIRM NAME OF JAY & COMPANY, *Defendants in Error*.

Decision Filed December 20, 1918.

Writ of Error to Circuit Court for Orange County; John M. Cheney, Referee.

*Davis & Giles*, for Plaintiffs in Error;

*Massey & Warlow*, for Defendants in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court

that there is no error in the said judgment; it is therefore considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

All concur.